UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  Valeisha Dean-Douthit

Debtor

Case No. 13-43596-659

Chapter 13      #15

ORDER GRANTING MOTION TO LIFT STAY TO PROCEED WITH DIVORCE

## ORDER

Upon Debtor's Motion, for good cause shown, and with consent by the Chapter 13 Trustee

IT IS HEREBY ORDERED that the Debtor's Motion is GRANTED and the Movant is hereby authorized to proceed with a final hearing on the Debtor's dissolution of marriage proceeding in state court and relief from the automatic stay is granted in that the appropriate state court shall be authorized to divide the marital and other property of the Estate of the Debtor.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: May 7, 2013
St. Louis, Missouri
jjh

Prepared by:

/s/ Sean C. Paul
Sean C. Paul, attorney for debtor

Copies mailed to:

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO  63143

Edward Douthit (Debtor's spouse)
2642 Daman Ct
St. Louis MO  63136

Valeisha Dean-Douthit
2414 Black Pine Court
St. Louis MO  63031

Sean C. Paul
Attorney for Debtor
8917 Gravois Rd.
St. Louis MO  63123